FILED'09 NOV 04 15:10 USDC-ORM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

SHARYL J. HEWITT,                                                    CV# 08-973-CL

　　　　　Plaintiff,

　　v.                                                   ORDER FOR STIPULATED
                                                        FEES, COSTS AND EXPENSES
                                                        PURSUANT TO THE EQUAL
MICHAEL J. ASTRUE,                                      ACCESS TO JUSTICE ACT
Commissioner of Social Security,

　　　　　Defendant.

_____

　　　　Based on the stipulation of the parties, it is hereby ORDERED that attorney fees

in the amount of $2062.48 are awarded to Plaintiff pursuant to the Equal Access to

Justice Act, 28 U.S.C. § 2412.  In addition, Plaintiff will be awarded $23.60 in costs and

$24.37 in expenses pursuant to 28 U.S.C. §§ 1920, 2412(d)(2). The court directs

Defendant to issue checks payable to Plaintiff's attorneys.

　　　　DATED this _3_ day of _November_ 2009.

                                        _____
                                        US District Court Judge

Presented by:
Kimberly K. Tucker
Swanson, Thomas & Coon
Of Attorneys for Plaintiff